

**GREGORY S. LISI, ESQ.**
**PARTNER**
GLISI@FORCHELLILAW.COM

TELELPHONE (516) 248-1700 ext. 314
DIRECT FAX  (516) 750-6438

September 23, 2024

<u>**VIA ECF**</u>

Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

      **Re:**   *Latwanya Gomez v. Refrigerated Transfer Carrier LLC*
             <u>Case No. 24-cv-2429(JLR)</u>

Dear Judge Rochon,

    Our office is counsel to defendant, Refrigerated Transfer Carrier LLC ("Defendant") in the above referenced matter. Defendant respectfully submits this letter, with the consent of Plaintiff's counsel, Abdul Hassan, Esq., to request that the initial conference scheduled to take place on October 3, 2024, be adjourned. The reason for the adjournment is that the undersigned has a pre-scheduled trip and Lisa Casa, Esq., is scheduled to take a deposition in another matter. We have conferred with Plaintiff's counsel, who has indicated that he consents to the request. This is the parties' first request to adjourn the initial pretrial conference scheduled to take place on October 3, 2024. The parties have conferred and propose October 8th; October 11th; November 7th or November 8th as alternative dates. We thank this Court for its consideration of this request.

    Thank you.

The request is GRANTED.  The conference previously scheduled for October 3, 2024 is ADJOURNED to October 11, 2024 at 10:30 a.m.

Dated:  September 23, 2024
         New York, New York

SO ORDERED.

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

Respectfully submitted,

Forchelli Deegan Terrana LLP

By: ___/s/_____
Gregory S. Lisi

cc: Abdul Hassan, Esq. (via ECF)