# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**                 Tel: 718-740-1000
Email: abdul@abdulhassan.com          Fax: 718-740-2000
*Employment and Labor Lawyer*          Web: www.abdulhassan.com

**October 9, 2024**

**Via ECF**

Hon. Jennifer L. Rochon, USDJ
United States District Court, SDNY
40 Foley Square
New York, NY 10007

<u>**Re: Gomez v. Refrigerated Transfer Carrier LLC**</u>
**Case No. 24-CV-02429 (JLR)(GS)**
**Motion to Appear by Telephone, etc.**

Dear Judge Rochon:

     My firm represents plaintiff in the above-referenced action, and I respectfully write on behalf of the parties to request, subject to Your Honor's approval, that the Court enter the case plan filed at ECF No. 19-14, refer this matter to the SDNY mediation program and cancel the October 11, 2024 initial conference. This request is being made because this case was referred to mediation in May 2024 but due to a mix up the mediation referral was closed, and the parties are requesting another referral to the SDNY mediation program.

     Alternatively, it is respectfully requested that the conference be held by telephone.

     We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

cc:    Defense Counsel via ECF

---

The request is GRANTED in part and DENIED in part. The Court will hold the conference on Microsoft Teams. Counsel will receive login credentials at the email addresses on the docket. The public listen-only line may be accessed by dialing Toll-Free Number: 877-336-1831 | Access Code: 5583342

The Court will discuss the case management plan and the mediation referral at the conference.

Dated: October 10, 2024
       New York, New York

SO ORDERED.

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

1