# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**  Tel: 718-740-1000
Email: abdul@abdulhassan.com  Fax: 718-740-2000
*Employment and Labor Lawyer*  Web: www.abdulhassan.com

**January 20, 2025**

**Via ECF**

Hon. Jennifer L. Rochon, USDJ
United States District Court, SDNY
40 Foley Square
New York, NY 10007

<u>Re: Gomez v. Refrigerated Transfer Carrier LLC</u>
Case No. 24-CV-02429 (JLR)(GS)
Motion for Extension of Time

Dear Judge Rochon:

My firm represents plaintiff in the above-referenced action, and I respectfully write to request a brief one-week extension of the January 20, 2025 deadline for the parties to comply with Your Honor's January 8, 2025 order. This request is being made because the parties require some additional time to finalize the necessary paperwork. No prior request for an extension of this deadline was made.

I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

/s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**cc:** **Defense Counsel via ECF**

Request GRANTED.  The parties shall file their proposed settlement agreement for *Cheeks* review no later than January 27, 2025.

Dated: January 21, 2025
New York, New York

SO ORDERED.

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

1