**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Latwanya Gomez,<br><br>                              Plaintiff,<br><br>-v-<br><br>Refrigerated Transfer Carrier LLC,<br><br>                              Defendant. | Civ. Action #: 24-CV-02429 (JLR)(GS)<br><br>**JUDGMENT** |

A notice of acceptance of a Rule 68 Offer of Judgment having been filed on January 27, 2025; and Defendant Refrigerated Transfer Carrier LLC, having offered to allow entry of judgment to be taken against them and in favor of Plaintiff Latwanya Gomez in the amount of $28,000.00, inclusive of all penalties, interest, costs and attorney fees;

ORDERED and ADJUDGED that judgment is entered in favor of Latwanya Gomez and against Defendant Refrigerated Transfer Carrier LLC, in the amount of $28,000.00, inclusive of all penalties, interest, costs and attorney fees.

**Dated: January  28 , 2025**
        **New York, New York**

_____
*Hon. Jennifer L. Rochon*
*United States District Judge*